UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE BOATENG,

          Plaintiff,

vs.

RETIREMENT CORPORATION OF AMERICA PARTNERS, L.P.,

          Defendant.

CIVIL ACTION FILE NO.

1:12-cv-01959-WCO

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of the plaintiff's motion for attorney's Fees, and the court having granted in part and denied in part said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $45,848.50 as reasonable attorney's fees and $525.00 in costs.

Dated at Atlanta, Georgia this 3rd day of April, 2015.

          JAMES N. HATTEN
          CLERK OF COURT


By:   s/Shane Gazaway
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    April 3, 2015
James N. Hatten
Clerk of Court


By:   s/Shane Gazaway
       Deputy Clerk